■ Joy Mary Gregory, Individually and as Parent and Natural Guardian of Zachary Gregory-Street, an Infant, Appellant, v Cortland Memorial Hospital et al., Respondents. (Appeal No. 2.) [801 NYS2d 198]—Appeal from an order of the Supreme Court, Cayuga County (Peter E. Corning, A.J.), entered April 13, 2004. The order denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Scudder, Kehoe, Smith and Lawton, JJ.